UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| DAVID HOLCOMBE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | CV-07-66-B-W |
| CCH, INC., | ) ) ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision (Docket # 13) filed July 16, 2007, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that Defendant's Motion to Dismiss Count II of Plaintiff's Complaint (Docket # 6) be and hereby is GRANTED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 7th day of August, 2007